RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Gregory Walker

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY WALKER,<br><br>  Defendant. | Case No. 2:14-cr-073-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Gregory Walker, that the Revocation Hearing currently scheduled on February 27, 2019 at the hour of 9:00 a.m., be vacated and continued to March 25, 2019, or to another Monday convenient to the Court if possible.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to investigate the allegations and work towards a possible resolution.

2. The defendant is incarcerated and agrees with the need for continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 22nd day of February, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-073-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY WALKER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, February 27, 2019 at 9:00 a.m., be vacated and continued to Thursday, April 4, 2019, at the hour of 10:30 a.m. in Courtroom 7D before Chief Judge Gloria M. Navarro.

DATED this 25 day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE