RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Gregory Walker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY WALKER,<br><br>Defendant. | Case No. 2:14-cr-073-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Gregory Walker, that the Revocation Hearing currently scheduled on April 4, 2019 at the hour of 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be in trial in *United States v. Hylton* 2:17-cr-086-HDM-NJK during the currently scheduled hearing. Defense counsel is also unavailable April 15 – 19, 2019 for prescheduled leave.

2. The defendant is incarcerated and agrees with the need for continuance.

3. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 1st day of April, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-073-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| GREGORY WALKER, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, April 4, 2019 at 10:30 a.m. be vacated and continued to April 23, 2019, at 10:30 a.m. in LV Courtroom 7D before Chief Judge Gloria M. Navarro.

DATED this  3  day of April, 2019.

_____
UNITED STATES DISTRICT JUDGE