RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Nelson@fd.org

Attorney for Gregory Walker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00073-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| GREGORY WALKER, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Gregory Walker, that the Revocation Hearing currently scheduled on November 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days from the currently scheduled date.

    This Stipulation is entered into for the following reasons:

    1.    The parties are still awaiting receipt of discovery from the United States Probation Office. Once received, the parties need additional time to review the petition and

corresponding discovery to determine whether this matter can be resolved without the need for a contested hearing.

2. If the parties are unable to come to a resolution, the parties will need additional time to prepare for the hearing.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 1st day of November, 2023.

RENE L. VALLADARES  
Federal Public Defender

By *Madeline S. Lal*  
MADELINE S. LAL  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By *Robert Knief*  
ROBERT KNIEF  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY WALKER,<br><br>        Defendant. | Case No. 2:14-cr-00073-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, November 3 at 10:00 a.m., be vacated and continued to January 3, 2024 at the hour of 9:00 a.m.

DATED this  1  day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3