RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org
Keisha_Matthews@fd.org

Attorneys for Gregory Walker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00073-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| GREGORY WALKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Madeline S. Lal and Keisha Matthews, Assistant Federal Public Defenders, counsel for Gregory Walker, that the Revocation Hearing currently scheduled on January 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days from the currently scheduled date.

This Stipulation is entered into for the following reasons:

1. The parties are still awaiting receipt of discovery from the United States Probation Office. Once received, the parties need additional time to review the petition and corresponding discovery to determine whether this matter can be resolved without the need for a contested hearing.

2. Defense co-counsel, Keisha Matthews will be out of the district on the scheduled court date.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 27th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Madeline S. Lal<br>Madeline S. Lal<br>Assistant Federal Public Defender | By Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY WALKER,<br><br>    Defendant. | Case No. 2:14-cr-00073-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 3, 2024 at 9:00 a.m., be vacated and continued to Wednesday, April 17, 2024 at the hour of 09 : 00 a .m.

DATED this 29 day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE