RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Gregory Walker

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY WALKER,<br><br>Defendant. | Case No. 2:14-cr-00073-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Rick Mula, Assistant Federal Public Defender, counsel for Gregory Walker, that the Revocation Hearing currently scheduled on April 17, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days from the currently scheduled date.

This Stipulation is entered into for the following reasons:

1. A potential resolution of the case has been proposed, but Mr. Walker requires additional time to consider the resolution.

2. In addition, undersigned counsel recently was assigned to this case and requires time to familiarize himself with the case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 28th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>Rick Mula<br>Assistant Federal Public Defender | By *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GREGORY WALKER,<br><br>        Defendant. | Case No. 2:14-cr-00073-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, April 17, 2024, at 9:00 a.m., be vacated and continued to   July 17  , 2024 at the hour of 9:00 a.m.

DATED this  28  day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3