RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Gregory Walker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY WALKER,<br><br>　　　　　Defendant. | Case No. 2:14-cr-00073-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, Rick Mula, Assistant Federal Public Defender, counsel for Gregory Walker, that the Revocation Hearing currently scheduled on July 17, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days from the currently scheduled date.

This Stipulation is entered into for the following reasons:

1.　United States Probation Officer Kamuela Kapanui is unavailable on the date and time currently set for this hearing.

2.　The requested continuance is short.

3. The defendant is in custody.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 16th day of July, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>Rick Mula<br>Assistant Federal Public Defender | By *Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY WALKER,<br><br>Defendant. | Case No. 2:14-cr-00073-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 17, 2024, at 9:00 a.m., be vacated and continued to  July 30 , 2024 at the hour of 11:00 a.m.

DATED this 15 day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE